IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ESTELA VALLE-CARDENAS, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:17-CV-00417-JRG-RSP |
| SAMUEL LEE THOMAS, JR., ET AL., | § § § | |
| *Defendants*. | § § § | |

## **JUDGMENT**

Now before the Court is the Report & Recommendation (Dkt. No. 8) by Magistrate Judge Payne, which recommends that that this case be dismissed for failure to prosecute. No objections have been filed. Having performed a *de novo* review of the record, the Court finds the Report & Recommendation is correct and is hereby **ADOPTED**.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' complaint against Defendants is **DISMISSED** for failure to prosecute.

**So ORDERED and SIGNED this 27th day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE